IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SILAS JOHN DRUM, <br><br> Defendant. | CR 15-84-GF-BMM <br><br><br> ORDER |

Defendant Silas John Drum having filed an Unopposed Motion to Enlarge Time to File Supplemental Motion to Reduce Sentence requesting a twenty-one (21) day extension, there being no objection from the government and good cause appearing therefor; **IT IS HEREBY ORDERED** that Defendant Drum's motion is GRANTED. Defendant Drum shall file a supplemental motion to reduce sentence on or before Wednesday, December 8, 2021.

DATED this 16th day of November, 2021.

Brian Morris, Chief District Judge
United States District Court