# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 15-84-GF-BMM |
| Plaintiff, | |
| vs. | **ORDER** |
| SILAS JOHN DRUM, | |
| Defendant. | |

Defendant Silas John Drum having filed a Second Unopposed Motion to Enlarge Time to File Supplemental Motion to Reduce Sentence requesting a fourteen (14) day extension, there being no objection from the government and good cause appearing therefor; **IT IS HEREBY ORDERED** that Defendant Drum's second motion is GRANTED. Defendant Drum shall file a supplemental motion to reduce sentence on or before Wednesday, December 22, 2021.

DATED this 7th day of December, 2021.

_____
Brian Morris, Chief District Judge
United States District Court