**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>  vs.<br><br><br>SILAS JOHN DRUM,<br><br>        Defendant. | CR-15-84-GF-BMM-JTJ<br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on July 8, 2026. (Doc. 86.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on July 7, 2026. (Doc. 85.) The United States accused Silas Drum (Drum) of violating the conditions of his supervised release by: (1) violating the conditions of home confinement by leaving his residence on May 15, 2026, without the permission of his probation officer; (2) violating the conditions of home confinement by leaving his residence on May 26, 2026, without the permission of his probation officer;  (3) violating the conditions of home confinement by failing to return to his residence at his scheduled time on May 28, 2026; by: (4) failing to follow the instructions of his probation officer regarding completion of his Home Confinement Daily Activity Form during June of 2026; (5) violating the conditions of home confinement by submitting a partially completed schedule of his proposed activities for the week of June 28, 2026, and by leaving his residence on July 1, 2026, without the permission of his probation officer; and (6) violating the conditions of home confinement by failing to be in his room at the Popular Hotel on July 1, 2026, without the permission of his probation officer.  (Docs. 74 and 83.)

At the revocation hearings Drum admitted that he had violated conditions 1-6 of his supervised release as set forth in the Amended Petition. (Doc. 85.)

Judge Johnston recommended a sentence of 5 months with 105 months of supervised release. Judge Johnston also recommended that during the term of

supervised release, Drum shall be placed in a residential reentry center for a period of up to 180 days at the direction of his probation officer.  (Doc. 85.)

The violations Drum admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 86) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Silas Drum be sentenced for a term of custody of 5 months with 105 months supervised release to follow. During the term of supervised release, Drum shall be placed in a residential reentry center for a period of up to 180 days at the direction of his probation officer.

DATED this 13th day of July 2026.

Brian Morris, Chief District Judge
United States District Courts